UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 13-047 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| RICHARD ANTHONY WALTON, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:     Bank Fraud; Access Device Fraud; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:   February 5, 2013.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant's lengthy criminal history includes multiple failures to appear and

DETENTION ORDER
PAGE -1

failures to comply with court orders/terms of supervision, with resultant bench warrant activity. In a case originating in Kittitas County, probation violations have resulted in an extraditable, no bail warrant issued in January 2013, which remains outstanding.

2. Defendant is associated with three alias names, three social security numbers and two dates of birth. The pending charges involve allegations of theft of personal identifiers, counterfeit checks and false identity documents, raising the risk of flight with regard to this defendant.

3. Defendant does not have a viable release address, and information provided about his residential history is discrepant and sporadic.

4. Defendant poses a risk of nonappearance due to a history of failing to appear and to comply with court orders, an extraditable bench warrant, association with multiple personal identifiers, a sporadic residential history and lack of viable release address. Defendant poses a risk of danger due to the nature of the charges and personal history.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 5th day of February, 2013.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3